UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

JONATHAN H. DAVIS,

    Petitioner,

v.

GREGORY KIZZIAH, Warden,

    Respondent.

No. 7:18-CV-91-REW

**JUDGMENT**

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with the Opinion and Order entered contemporaneously herewith, the Court hereby **ORDERS** and **ADJUDGES** as follows:

(1) The Court enters **JUDGMENT** in favor of Respondent;

(2) The Court enters **JUDGMENT** against Petitioner;

(3) The Court **DISMISSES** Davis's § 2241 petition with prejudice;

(4) This is a final Judgment as to the rights and liabilities of all claims and parties; and

(5) The Court **STRIKES** this matter from the active docket.

This the 10th day of May, 2019.

Signed By:
*Robert E. Wier* REW
**United States District Judge**